| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10-16-20 |

DANIEL TEXCAHUA CEREZO,
*individually and on behalf of others similarly situated.*,

               Plaintiff,

v.

53 WEST 72ND STREET CAFÉ LCC, *et al.*,

               Defendants.

20-CV-5492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff served Defendants in this matter on August 20, 2020. Dkt. 14–16. None of the Defendants have answered the Complaint or otherwise appeared. No later than October 29, 2020, Plaintiff shall notify the Court whether he intends to move for default judgment. **In the event Plaintiff fails to comply with this order, the Court may dismiss this action pursuant to Rule 41(b). See Fed. R. Civ. P. 41(b).**

SO ORDERED.

Dated:    October 16, 2020
             New York, New York

                                                  RONNIE ABRAMS
                                                United States District Judge