USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/13/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL TEXCAHAU CEREZO,
*individually and on behalf of others similarly situated*,

    Plaintiff,

v.

53 WEST 72ND STREET CAFÉ LLC,
PHUMAN SINGH, MANJIT SINGH, and
LAKHVIR SINGH,

    Defendants.

No. 20-CV-5492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff has notified the Court that the mediation scheduled for April 20, 2021 was cancelled after Defendants did not submit the required pre-mediation materials. Dkt. 26. No later than May 7, 2021, Defendants shall submit a letter to the Court explaining why they did not comply with the Court's order of October 28, 2020, Dkt. 24, and why they did not participate in the mediation in good faith.

SO ORDERED.

Dated:    April 28, 2021
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge