# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jbarton@faillacelaw.com

September 3, 2021

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　　Cerezo v. 53 West 72nd Street Café, LLC (d/b/a The Dakota Bar), et al.;
　　　　　　　　20-cv-05492 (RA)

Dear Judge Abrams:

　　　　This firm represents Plaintiff in the above-referenced matter. The parties will be resolving this case through a Rule 68 Offer of Judgment (the "Offer") pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 414 (2d Cir. 2019). However, Defendants need a bit more time to finalize the Offer and execute it. As such, the parties respectfully request that the deadline to submit settlement materials to the Court by September 3, 2021 be converted to a deadline to submit the Offer, and be extended by two weeks. This is the first request of its kind and is submitted on consent.

　　　　The parties thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Jesse Barton, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/13/21