UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL TEXCAHAU CEREZO, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

53 WEST 72ND STREET CAFE LLC (D/B/A THE DAKOTA BAR), *et al.*,

*Defendants.*
-----------------------------------------------------------------X

Case No.:  20-cv-05492-RA

JUDGMENT

## JUDGMENT

On September 17, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Daniel Texcahau Cerezo, has judgment against 53 West 72nd Street Cafe LLC (d/b/a The Dakota Bar), Phuman Singh, Manjit Singh, and Lakhvir Singh, jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated:  September 20, 2021
        New York, New York

_____
RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE